PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONACIANO RENTERIA,<br><br>　　　　　Petitioner,<br><br>v.<br><br>WARDEN, FCI-HERLONG,<br><br>　　　　　Respondent. | CASE NO. 2:22-CV-01376-CKD (HC)<br><br>ORDER GRANTING MOTION<br>FOR EXTENSION OF TIME |

On November 21, 2022, Respondent requested an extension of time to file its response to Petitioner's 28 U.S.C. § 2241 petition.

IT IS HEREBY ORDERED, that Respondent's request until December 5, 2022, to file its response or motion to dismiss is granted.

Dated: November 29, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1