# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONACIANO RENTERIA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>WARDEN, FCI-HERLONG,<br><br>　　　Defendants. | Case No. 2:22-cv-01376-CKD<br><br>ORDER EXTENDING FILING DEADLINE |

Upon good cause shown and based on lack of opposition thereto, Petitioner's motion to extend time to file his opposition to the Respondent's motion to dismiss is granted. Any opposition shall be filed on or before March 15, 2023.

**IT IS SO ORDERED.**

Dated: February 1, 2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE