# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONACIANO RENTERIA<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FCI-HERLONG,<br><br>Respondent. | CASE NO. 22-cv-1376 CKD (HC)<br><br>ORDER EXTENDING FILING DEADLINE |

Having read and considered Petitioner's motion to extend time to file his answer to Respondent's motion to dismiss and /or traverse, the court hereby grants the motion for good cause shown. Petitioner shall file his answer on or before April 14, 2023.

**IT IS SO ORDERED.**

Dated:  March 23, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE