UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONACIANO ANTONIO RENTERIA,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | No.  2:22-cv-01376-CKD<br><br><br><br>ORDER |

Counsel for respondent has filed a request to seal documents pursuant to Local Rule 141. ECF No. 16.  The Court has considered the factors set forth in <u>Oregonian Publ'g Co. v. U.S. Dist. Court for Dist. of Or.</u>, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in the respondent's Request, sealing the Request and Appendix pp 54-86 serves a compelling interest.  The Court further finds that the compelling interests identified by the respondent would be harmed if the identified documents were not sealed. Finally, the Court finds that there are no available alternatives to sealing the government's Request and Appendix pp 54-86 that would adequately protect the compelling interests identified by the respondent.

Accordingly, IT IS HEREBY ORDERED that:

1. Pursuant to Local Rule 141(b) and based upon the representations of counsel for respondent, the Request to Seal (ECF No. 16) is granted.

2. Appendix pages 54-86 pertaining to petitioner Donaciano Renteria, and the

Respondent's Request to Seal, shall be SEALED until further order of this Court.

3. Electronic access to the sealed documents shall be limited to the United States, counsel for petitioner, and court personnel. See Local Rule 141(a).

4. Counsel for respondent is directed to submit the request to seal along with the sealed documents via e-mail to the Clerk of Court at the e-mail address for sealed documents listed on the Court's website, in a .pdf format as an attachment, with 7 days from the date of this order. See Local Rule 141(e)(2)(i).

Dated: June 30, 2023

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/rent1376.order2seal.final